IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

**JOHN ERIC SMITH,**

          Plaintiff,

    v.

**UNITED STATES OF AMERICA,**

          Defendant.

Civ. No. 1:16-cv-00690-CL

**JUDGMENT**

CLARKE, Magistrate Judge.

    Judgment is entered in accordance with the Court's Findings of Fact and Conclusions of Law (#87) and its Order on Post-Trial Damages (#106). Plaintiff is entitled to $1,847,009.06 in past medical expenses, $3,800,000.00 in future medical expenses, and $7,000,000.00 in non-economic damages. Plaintiff may submit a bill of costs to the Court for approval.

DATED this  9  day of November, 2018.

_____
MARK D. CLARKE
United States Magistrate Judge