Kelly L. Andersen, OSB #791464
Andersen Morse & Linthorst
1730 East McAndrews, Suite A
Medford, Oregon 97504
Telephone: (541) 773-7000
Facsimile: (541) 608-0535
kelly@andersenlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JOHN ERIC SMITH,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 16-CV-00690-CL<br><br>PLAINTIFF'S COST BILL |

STATE OF OREGON      )
                     ) ss:
County of Jackson    )

I, Kelly L. Andersen, certify that the following is a true statement of costs incurred and/or believed to be allowed in this case.

| | | | | |
|---|---|---|---|---|
| 1. | Filing Fee | | $ | 400.00 |
| 2. | Service of Summons | | $ | 154.22 |
| 3. | Cost of Obtaining Medical Records | | | |
| | a) | Asante | $ | 209.75 |

Page    1 - PLAINTIFF'S COST BILL

Andersen Morse & Linthorst, P.C.
1730 E. McAndrews Rd., Suite A
Medford, OR 97504
Telephone (541) 773-7000    Fax (541) 608-0535
Home Page: www.andersenlaw.com
E-Mail: kelly@andersenlaw.com

|   | b) | IOD | $ | 142.65 |
|---|---|---|---|---|
|   | c) | Kroger Pharmacy | $ | 60.00 |
|   | d) | Medford Foot & Ankle | $ | 148.00 |
|   | e) | Mercy Flights | $ | 20.00 |
|   | f) | Oregon Advanced Imaging | $ | 15.00 |
|   | g) | Rehabilitation Medicine Physicians | $ | 30.00 |
|   | h) | Rogue Valley Urology | $ | 35.00 |
|   | i) | SONSA | $ | 25.00 |
|   | j) | Valley Immediate Care | $ | 25.00 |
|   | k) | Walgreen Pharmacy | $ | 31.48 |

The bills are attached as Exhibit A.

4. Deposition transcripts (bills attached as Exhibit B)

|   | a) | LNS Court Reporting<br>Trans. John Eric Smith | $ | 315.00 |
|---|---|---|---|---|
|   |   | Depo/Trans. Of Manson, Webster, Schorran<br>And Tiffany Smith | $ | 1,264.20 |
|   | b) | Kostner & Associates<br>Trans. Of Rubenson | $ | 511.50 |
|   | c) | Debra Dugan<br>Depo of Pray, M.D. | $ | 306.39 |
|   | d) | Catherine Vernon & Assoc.<br>Videotaped Depo of Choppa | $ | 1,068.00 |

5. Trial Subpoenas and Service Fees (bills attached as Exhibit C)

|   | a) | Sure Serve Process Servers | $ | 115.00 |
|---|---|---|---|---|

Page    2 - PLAINTIFF'S COST BILL

Andersen Morse & Linthorst, P.C.
1730 E. McAndrews Rd., Suite A
Medford, OR 97504
Telephone (541) 773-7000   Fax (541) 608-0535
Home Page: www.andersenlaw.com
E-Mail: kelly@andersenlaw.com

  b)  Rogue Legal                 $    90.00

6.  Witnesses Fees and Mileage[1] (Exhibit D)

| Name | Attendance & Travel Time | | Subsistence | | Mileage & Travel Expenses | | Total Cost for each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Cost | Days | Cost | | | |
| Tiffany Smith | 1 | $40 | | | | $5 | $45 |
| Gary Overton | 1 | $40 | | | | $5 | $45 |
| Jeff Thompson | 1 | $40 | | | | $5 | $45 |
| Scott McBride | 1 | $40 | | | | $5 | $45 |
| Brandon Bowman | 1 | $40 | | | | $5 | $45 |
| Laural Wann | 1 | $40 | | | | $5 | $45 |
| Diana Ortiz | 1 | $40 | | | | $5 | $45 |
| Mike Sahlberg | 1 | $40 | | | | $5 | $45 |
| Rich Brasher | 1 | $40 | | | | $5 | $45 |
| Maria McGaughlin[2] | 3 | $120 | 3 | $127.50 | | $1,447.71 | $1,695.21 |
| David Talan | 2 | $80 | 2 | $76.50 | | $1,352.59 | $1,509.09 |
| Roseann Velez | 2 | $80 | 2 | $76.50 | | $823.61 | $980.11 |
| Michele Cook | 2 | $80 | 2 | $76.50 | | $648.94 | $805.44 |
| Daniel Rubenson | 1 | $40 | 1 | | | | $40 |
| Robert Arnsdorf | 1 | $40 | | $38.35 | 336 | $183.12 | $261.37 |
| Jeffery Zimmer | 1 | $40 | | | | $5 | $45 |

---

[1] Witness fee of $40.00 per day of testimony and necessary travel time, plus mileage or actual travel expenses. 28 USC § 1821(b)-(c). Subsistence allowance is allowed for witnesses who live too far to be expected to travel to and from their residence daily while in attendance at trial. 28 USC § 1821(d). That rate is posted online, and for Medford is $93/per day for hotel and $51 per day for meals and incidentals, or $38.25 for the first and last days of travel. See https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=OR&fiscal_year=2018&zip=&city=Medford.

[2] I have included one day travel each direction before and after her testimony because of the lack of reasonable flights between Medford and Florida.

Page 3 - PLAINTIFF'S COST BILL

Andersen Morse & Linthorst, P.C.
1730 E. McAndrews Rd., Suite A
Medford, OR 97504
Telephone (541) 773-7000 Fax (541) 608-0535
Home Page: www.andersenlaw.com
E-Mail: kelly@andersenlaw.com

7.  Trial Exhibits[3]

| Number of Pages | Black & White[4] | Color | Total Charges |
|---|---|---|---|
| 102 | | $0.55/page | $56.10 |
| 2,502 | $.06/page | | $150.12 |

TOTAL                                                                 $10,913.63

DATED this _19_ day of November, 2018.

                                Andersen Morse & Linthorst, PC

                                By_____
                                Kelly L. Andersen, OSB #791464
                                Attorney for Plaintiff

SUBSCRIBED AND SWORN TO BEFORE ME this _19th_ day of November 2018.

                                _____
                                Notary Public for the State of Oregon
                                My Commission Expires: _10-23-22_

```
OFFICIAL STAMP
CORINNE T DRAKE
NOTARY PUBLIC-OREGON
COMMISSION NO 980516
MY COMMISSION EXPIRES OCTOBER 23, 2022
```

---

[3] This is the total page count and charges for all three copies of the trial binders: one each for Plaintiff, Defendant, and the Judge. The binders were each 868 pages, of which 34 were color copies.

[4] These are the current charges at Staples.com as of November 19, 2018.

Page    4 - PLAINTIFF'S COST BILL

Andersen Morse & Linthorst, P.C.
1730 E. McAndrews Rd., Suite A
Medford, OR 97504
Telephone (541) 773-7000   Fax (541) 608-0535
Home Page: www.andersenlaw.com
E-Mail: kelly@andersenlaw.com

Re: *John Eric Smith v. United State of America*
US District Court Case No. 16-CV-00690-CL

## CERTIFICATE OF SERVICE

I certify that on the 19 day of November, 2018 I served the foregoing PLAINTIFF'S COST BILL on the attorneys and parties listed below by depositing in the United States Mail a true copy thereof, enclosed in a sealed envelope with postage paid and addressed to the regular office and of that said attorney:

Susanne Luse                        AND VIA E-MAIL: susanne.luse@usdoj.gov
Assistant U.S. Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

    Of Attorneys for defendant


KELLY L. ANDERSEN,
A PROFESSIONAL CORPORATION

By _____
Kelly L. Andersen, OSB # 791464
1730 E. McAndrews Rd., Ste. A
Medford, OR 97504
(541) 773-7000
E-Mail: kelly@andersenlaw.com