Kelly L. Andersen, OSB #791464
Andersen Morse & Linthorst
1730 East McAndrews, Suite A
Medford, Oregon 97504
Telephone: (541) 773-7000
Facsimile: (541) 608-0535
kelly@andersenlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| JOHN ERIC SMITH, | Case No. 16-CV-00690-CL |
|---|---|
| Plaintiff, | AMENDED COST BILL |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

STATE OF OREGON   )
                  ) ss:
County of Jackson )

After conferring with defense counsel, we have prepared the following Amended Cost Bill to resolve all known disputes about the claimed costs. I, Kelly L. Andersen, certify that the following is a true statement of costs incurred and/or believed to be allowed in this case.

1.  Filing Fee                              $    400.00

2.  Cost of Obtaining Medical Records

Page    1 - AMENDED COST BILL

Andersen Morse & Linthorst, P.C.
1730 E. McAndrews Rd., Suite A
Medford, OR 97504
Telephone (541) 773-7000    Fax (541) 608-0535
Home Page: www.andersenlaw.com
E-Mail: kelly@andersenlaw.com

| | | | | |
|---|---|---|---|---:|
| | a) | Asante | $ | 209.75 |
| | b) | Kroger Pharmacy | $ | 30.00 |
| | c) | Medford Foot & Ankle | $ | 148.00 |
| | d) | Mercy Flights | $ | 20.00 |
| | e) | Oregon Advanced Imaging | $ | 15.00 |
| | f) | Rehabilitation Medicine Physicians | $ | 30.00 |
| | g) | Rogue Valley Urology | $ | 35.00 |
| | h) | SONSA | $ | 25.00 |
| | i) | Valley Immediate Care | $ | 25.00 |
| | j) | Walgreen Pharmacy | $ | 31.48 |

The bills are attached as Exhibit A.

3. Deposition transcripts (bills attached as Exhibit B)

| | | | | |
|---|---|---|---|---:|
| | a) | LNS Court Reporting<br>Trans. John Eric Smith | $ | 315.00 |
| | | Depo/Trans. Of Manson, Webster, Schorran<br>And Tiffany Smith | $ | 1,264.20 |
| | b) | Kostner & Associates<br>Trans. Of Rubenson | $ | 511.50 |
| | c) | Debra Dugan<br>Depo of Pray, M.D. | $ | 306.39 |
| | d) | Catherine Vernon & Assoc.<br>Videotaped Depo of Choppa | $ | 1,068.00 |

4. Trial Subpoenas and Service Fees (bills attached as Exhibit C)

| | | | | |
|---|---|---|---|---:|
| | a) | Sure Serve Process Servers | $ | 115.00 |

Page    2 -  AMENDED COST BILL

Andersen Morse & Linthorst, P.C.
1730 E. McAndrews Rd., Suite A
Medford, OR 97504
Telephone (541) 773-7000    Fax (541) 608-0535
Home Page: www.andersenlaw.com
E-Mail: kelly@andersenlaw.com

   b)  Rogue Legal           $  90.00

 5. Witnesses Fees and Mileage[1] (Exhibit D)

| Name | Attendance & Travel Time | | Subsistence | | Mileage & Travel Expenses | Total Cost for each Witness |
|---|---|---|---|---|---|---|
| | Days | Cost | Days | Cost | | |
| Tiffany Smith | 1 | $40 | | | $5 | $45 |
| Jeff Thompson | 1 | $40 | | | $5 | $45 |
| Scott McBride | 1 | $40 | | | $5 | $45 |
| Laural Wann | 1 | $40 | | | $5 | $45 |
| Diana Ortiz | 1 | $40 | | | $5 | $45 |
| Mike Sahlberg | 1 | $40 | | | $5 | $45 |
| Rich Brasher | 1 | $40 | | | $5 | $45 |
| Maria McGaughlin[2] | 3 | $120 | 3 | $127.50 | $1,447.71 | $1,695.21 |
| David Talan | 2 | $80 | 2 | $76.50 | $1,352.59 | $1,509.09 |
| Roseann Velez | 2 | $80 | 2 | $76.50 | $823.61 | $980.11 |
| Michele Cook | 2 | $80 | 2 | $76.50 | $648.94 | $805.44 |
| Daniel Rubenson | 1 | $40 | 1 | | | $40 |
| Robert Arnsdorf | 1 | $40 | | $38.35 | 336 $183.12 | $261.37 |
| Jeffery Zimmer | 1 | $40 | | | $5 | $45 |

 6. Trial Exhibits[3]

| Number of Pages | Black & White[4] | Color | Total Charges |
|---|---|---|---|

---

[1] Witness fee of $40.00 per day of testimony and necessary travel time, plus mileage or actual travel expenses. 28 USC § 1821(b)-(c). Subsistence allowance is allowed for witnesses who live too far to be expected to travel to and from their residence daily while in attendance at trial. 28 USC § 1821(d). That rate is posted online, and for Medford is $93/per day for hotel and $51 per day for meals and incidentals, or $38.25 for the first and last days of travel. See https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=OR&fiscal_year=2018&zip=&city=Medford.

[2] I have included one day travel each direction before and after her testimony because of the lack of reasonable flights between Medford and Florida.

[3] This is the total page count and charges for all three copies of the trial binders: one each for Plaintiff, Defendant, and the Judge. The binders were each 868 pages, of which 34 were color copies.

Page 3 - AMENDED COST BILL

Andersen Morse & Linthorst, P.C.
1730 E. McAndrews Rd., Suite A
Medford, OR 97504
Telephone (541) 773-7000 Fax (541) 608-0535
Home Page: www.andersenlaw.com
E-Mail: kelly@andersenlaw.com

| 102 |  | $0.55/page | $56.10 |
| --- | --- | --- | --- |
| 2,502 | $.06/page |  | $150.12 |

TOTAL                                                                                       $10,496.56

DATED this 29th day of November, 2018.

Andersen Morse & Linthorst, PC

By _____
Kelly L. Andersen, OSB #791464
Attorney for Plaintiff

SUBSCRIBED AND SWORN TO BEFORE ME this 29th day of November 2018.

_____
Notary Public for the State of Oregon
My Commission Expires: 10-23-22



OFFICIAL STAMP
CORINNE T DRAKE
NOTARY PUBLIC-OREGON
COMMISSION NO 980516
MY COMMISSION EXPIRES OCTOBER 23, 2022



---

[4] These are the current charges at Staples.com as of November 19, 2018.

Page    4 - AMENDED COST BILL

Andersen Morse & Linthorst, P.C.
1730 E. McAndrews Rd., Suite A
Medford, OR 97504
Telephone (541) 773-7000   Fax (541) 608-0535
Home Page: www.andersenlaw.com
E-Mail: kelly@andersenlaw.com