# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Oregon |
| U.S. District Court case number: | 16-cv-00690-CL |
| Date case was first filed in U.S. District Court: | 04/21/2016 |
| Date of judgment or order you are appealing: | 11/09/2018 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

United States of America

Is this a cross-appeal?   ○ Yes   ● No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?   ○ Yes   ● No

If Yes, what is the prior appeal case number? 

Your mailing address:

United States Attorney's Office

1000 SW Third Ave., Suite 600

City: Portland   State: OR   Zip Code: 97204

Prisoner Inmate or A Number (if applicable): 

**Signature** /s/ Susanne Luse   **Date** Jan 7, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                         Rev. 12/01/2018