IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JOHN ERIC SMITH,

        Plaintiff,

        Case No. 1:16-cv-00690-CL

UNITED STATES OF AMERICA,

        Defendant.

**ORDER TO RETURN CUSTODY OF EXHIBITS**

IT IS ORDERED that at the conclusion of the trial, the parties retain custody of their respective exhibits until such time as all need for the exhibits has terminated.

DATED this 30 day of Jan v 2/2019

_____
MARK D. CLARKE
US Magistrate Court Judge

DATED: 1/28/2019

for: Karen Reiserts
Attorney for Plaintiff - Kelly Andersen

DATED: 1/14/2019

Sarah O_____
Attorney for Defendant - Susanne Luse
Legal Assistant - Medford

Page 1 - ORDER