**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

JUN 5 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN ERIC SMITH,<br><br>            Plaintiff-Appellee,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant-Appellant. | No.   19-35011<br><br>D.C. No. 1:16-cv-00690-CL<br>District of Oregon,<br>Medford<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 22) is granted.

Fed. R. App. P. 42(b).  The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Jonathan Westen
Circuit Mediator

JW/Mediation